IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NEETABEN SANJAYKUMAR PATEL, SANJAYKUMAR BABUBHAI PATEL, and BRINDA SANJAYKUMAR PATEL,<br><br>Plaintiffs,<br><br>v.<br><br>UR JADDOU, Director for USCIS, and the United States,<br><br>Defendants. | Case No. 7:24-CV-39-WLS-TQL |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, acting through counsel, hereby stipulate to the dismissal of this action, with each party to bear its own attorney's fees and costs.

Respectfully submitted this 4th day of September, 2024.

PETER D. LEARY
UNITED STATES ATTORNEY

BY: *s/ Roger C. Grantham, Jr.*
ROGER C. GRANTHAM, JR.
Assistant United States Attorney
Georgia Bar No. 860338
United States Attorney's Office
P. O. Box 2568
Columbus, GA 31902
Phone: (706) 649-7728
roger.grantham@usdoj.gov

*Counsel for Defendants*

SO ORDERED this 10th day of September, 2024.

W. Louis Sands, Sr. Judge
United States District Court

*s/Bhavya Chaudhary*
BHAVYA CHAUDHARY, ESQ.
Bhavya Chaudhary & Associates, LLC
Georgia Bar No. 892360
700 Holcomb Bridge Road
Norcross, GA 30071
Phone: (678) 292-6111
Email: bhavya@bcalawfirm.com

*Counsel for Plaintiffs*