IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

NEETABEN SANJAYKUMAR PATEL, et al.,    *

        Plaintiffs,    *

v.    Case No. 7:24-cv-39 (WLS)

        *

UR JADDOU, et al.,

        *

        Defendants.

        *

## **J U D G M E N T**

Pursuant to this Court's Order dated September 10, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 10th day of September, 2024.

        David W. Bunt, Clerk

        s/ Kathleen S. Logsdon, Deputy Clerk